Adam C. Trabish, Bar No. 305265
**GROTEFELD HOFFMANN &
GORDON, LLP**
15303 Ventura Blvd Ste 1505
Sherman Oaks, CA 91403
Phone:  (747) 233.7149
Fax:  (312) 601-2402
atrabish@ghlaw-llp.com

*Attorneys for Plaintiff State Farm
General Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:24-cv-10288-CAS-SK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff STATE FARM GENERAL INSURANCE COMPANY and Defendant SAMSUNG ELECTRONICS AMERICA, INC., by and through undersigned counsel, hereby stipulate that this action be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

///

GROTEFELD HOFFMANN
324 S. Abernethy Street
Portland, OR  97239
(503) 384-2772
csmith@ghlaw-llp.com

**Page 1 - JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

DATED: April 22, 2026

**GROTEFELD HOFFMANN & GORDON, LLP**

By:\_\_/s/ Adam C. Trabish\_\_\_\_\_
Adam C. Trabish, Esq.
Attorneys for Plaintiff,
STATE FARM GENERAL
INSURANCE COMPANY

DATED: April 22, 2026

**WILSON ELSER MOSKOWITZ EDLEMAN & DICKER LLP**

By: /s/ Victor M. Campos_____
Greg Tatarka, Esq.
Victor M. Campos, Esq.
Attorneys for Defendant,
SAMSUNG ELECTRONICS
AMERICA, INC.

GROTEFELD HOFFMANN
324 S. Abernethy Street
Portland, OR  97239
(503) 384-2772
csmith@ghlaw-llp.com

**Page 2 - JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**